# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 24-11080
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
July 24, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Francisco Javier Rangel Mendoza,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CR-238-1

———————————————————————

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Francisco Javier Rangel Mendoza has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rangel Mendoza has not filed a response. We have reviewed counsel's brief and the relevant portions of the

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-11080

record reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.